IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

      Plaintiff,

v.

HYUNDAI MOTOR AMERICA, a foreign corporation,
HYUNDAI MOTOR COMPANY, a foreign corporation,
HYUNDAI MOTOR AMERICA CORPORATION, a foreign corporation,
EMPIRE FIRE AND MARINE INSURANCE COMPANY, a foreign corporation,
SEDGWICK CLAIMS MANAGEMENT SERVICES INC., a foreign corporation,
ENTERPRISE LEASING COMPANY OF DENVER, LLC, a foreign corporation,
ENTERPRISE HOLDINGS, INC., a foreign corporation,
ENTERPRISE HOLDINGS,LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation,
AVIS RENT A CAR, a foreign corporation or business entity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2014**.

      Plaintiff's Motion Seeking Clarification of the Minute Order Granting Plaintiff's Unopposed Motion for a 21-Day Extension of Time to Respond to Defendant Hyundai Motor Company's Motion to Dismiss [filed June 30, 2014; docket #30] is **granted**.  Plaintiff shall file a response to Hyundai Motor Company's motion on or before July 23, 2014 and Hyundai may file a reply in support of the motion within fourteen (14) days after the response is served.