IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

    Plaintiff,

v.

HYUNDAI MOTOR AMERICA, a foreign corporation,
HYUNDAI MOTOR COMPANY, a foreign corporation,
HYUNDAI MOTOR AMERICA CORPORATION, a foreign corporation,
EMPIRE FIRE AND MARINE INSURANCE COMPANY, a foreign corporation,
SEDGWICK CLAIMS MANAGEMENT SERVICES INC., a foreign corporation,
ENTERPRISE LEASING COMPANY OF DENVER, LLC, a foreign corporation,
ENTERPRISE HOLDINGS, INC., a foreign corporation,
ENTERPRISE HOLDINGS,LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation,
AVIS RENT A CAR, a foreign corporation or business entity, and
PV HOLDING CORP.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 3, 2014**.

    Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint Adding PV Holding Corp. as a Defendant [filed July 2, 2014; docket #34] is **granted**. Plaintiff shall file the Second Amended Complaint adding PV Holding Corp. as a Defendant on or before July 7, 2014, and shall serve the new Defendant in accordance with Fed. R. Civ. P. 4.