IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

    Plaintiff,

v.

HYUNDAI MOTOR AMERICA, a foreign corporation,
HYUNDAI MOTOR COMPANY, a foreign corporation,
HYUNDAI MOTOR AMERICA CORPORATION, a foreign corporation,
EMPIRE FIRE AND MARINE INSURANCE COMPANY, a foreign corporation,
SEDGWICK CLAIMS MANAGEMENT SERVICES INC., a foreign corporation,
AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation,
AVIS RENT A CAR, a foreign corporation or business entity, and
PV HOLDING CORP.,

    Defendants.

## ORDER DISMISSING PARTIES WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Rule 41(a) Notice of Stipulated Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [filed July 18, 2014; docket #49]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that Defendants Enterprise Leasing Company of Denver, LLC, Enterprise Holdings, Inc., and Enterprise Holdings, LLC are **DISMISSED WITH PREJUDICE** from this case, with each party to bear its own fees and costs. The Clerk of the Court is directed to remove these Defendants from the case caption.

Dated and entered at Denver, Colorado this 21st day of July, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge