IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

    Plaintiff,

v.

HYUNDAI MOTOR AMERICA, a foreign corporation,
HYUNDAI MOTOR COMPANY, a foreign corporation,
HYUNDAI MOTOR AMERICA CORPORATION, a foreign corporation,
EMPIRE FIRE AND MARINE INSURANCE COMPANY, a foreign corporation,
SEDGWICK CLAIMS MANAGEMENT SERVICES INC., a foreign corporation,
AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation,
AVIS RENT A CAR, a foreign corporation or business entity, and
PV HOLDING CORP.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 14, 2014**.

    Before the Court is Defendant Hyundai Motor Company's Motion to Dismiss [filed June 11, 2014; docket #25]. Defendant filed a reply brief on August 12, 2014 "acknowledg[ing] that the Motion to Dismiss is moot due to Plaintiff's intervening service on [Defendant] pursuant to the California service procedures, which occurred on July 30, 2014." Docket #59. Accordingly, the motion is **denied as moot**.