IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

    Plaintiff,

v.

HYUNDAI MOTOR AMERICA, a foreign corporation,
HYUNDAI MOTOR COMPANY, a foreign corporation,
HYUNDAI MOTOR AMERICA CORPORATION, a foreign corporation,
AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation,
AVIS RENT A CAR, a foreign corporation or business entity, and
PV HOLDING CORP.,

    Defendants.

## ORDER DISMISSING PARTIES WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation for Dismissal with Prejudice of Empire Fire and Marine Insurance Company and Sedgwick Claims Management Services, Inc. filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [filed August 14, 2014; docket #62]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that Defendants Empire Fire and Marine Insurance Company and Sedgwick Claims Management Services, Inc. are **DISMISSED WITH PREJUDICE** from this case, with each party to bear its own fees and costs. The Clerk of the Court is directed to remove these Defendants from the case caption.

2

Dated and entered at Denver, Colorado this 15th day of August, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge