IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

    Plaintiff,

v.

HYUNDAI MOTOR AMERICA, a foreign corporation,
HYUNDAI MOTOR AMERICA CORPORATION, a foreign corporation,
HYUNDAI MOTOR COMPANY, a foreign corporation,
AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation, and
PV HOLDING CORP.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge on March 10, 2015**.

    Before the Court is a Status Report of the Avis Defendants and Plaintiff, which the Court construes as a notice of settlement [docket #79]. In light of the settlement between the parties, the Motion for Summary Judgment filed by the Avis Defendants [filed February 9, 2015; docket #74] is **denied without prejudice**. The Plaintiff and Avis Defendants shall file dismissal papers with the Court on or before April 1, 2015.