IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

    Plaintiff,

v.

AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation, and
PV HOLDING CORP.,

    Defendants.

## ORDER DISMISSING PARTIES WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Stipulation for Dismissal with Prejudice Between Plaintiff and Defendants Hyundai Motor America and Hyundai Motor Company filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [filed June 1, 2015; docket #85]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that Defendants Hyundai Motor America, Hyundai Motor Company, and Hyundai Motor America Corporation are **DISMISSED WITH PREJUDICE** from this case, with each party to bear its own fees and costs. The Clerk of the Court is directed to remove these Defendants from the case caption.

Dated and entered at Denver, Colorado this 2nd day of June, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge