IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01334-MEH

KEITH SORIANO,

    Plaintiff,

v.

AVIS RENT A CAR SYSTEM, LLC, a foreign corporation,
AVIS RENT A CAR SYSTEM, INC., a foreign corporation, and
PV HOLDING CORP.,

    Defendants.

---

**ORDER DISMISSING PARTIES WITH PREJUDICE AND CLOSING CASE**
_____

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation for Dismissal with Prejudice Between Plaintiff and the Avis Defendants filed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [filed June 10, 2015; docket #88]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that the Avis Defendants (which are made up of Avis Rent A Car System, LLC, Avis Rent A Car System, Inc., and PV Holding Corp., are **DISMISSED WITH PREJUDICE** from this case, with each party to bear its own fees and costs.

    As the Avis Defendants are the only Defendants remaining in the case, dismissal of the Avis Defendants with prejudice effectively concludes the matter. Thus, the Clerk of the Court is ordered to close the case.

    Additionally, in light of the above order, the Status Conference scheduled in this case for Thursday, June 11, 2015, at 10:30 a.m. is hereby **vacated**.

    Dated and entered at Denver, Colorado this 10th day of June, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge